IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| AMANDA BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) Civil Action No. 6:14-CV-069-C |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge entered a Report and Recommendation on February 17, 2016, in which the recommendation was made to affirm the Commissioner's decision and dismiss Plaintiff's Complaint. Plaintiff filed objections to the Report and Recommendation on March 3, 2016. Defendant filed no objections.

Plaintiff objects to the Administrative Law Judge's findings on functional limitations and credibility, along with the weight applied to the medical opinions. After considering Plaintiff's objections, the Court finds that Plaintiff's objections should be OVERRULED.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is AFFIRMED, and Plaintiff's Complaint is DISMISSED with prejudice.

Dated this 7th day of March, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE